PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER. (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pcogan@rmkb.com, stucker@rmkb.com
Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

RANDALL P. NOAH (SBN 136452)
LAW OFFICES OF RANDALL P. NOAH
21 Orinda Way, Suite C #316
Orinda, CA 94563
Telephone: (925)-253-5540
Facsimile: (925) 253-5524
Email: pnoah@netcom.com
Attorneys for Plaintiff,
LEON STROM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON STROM, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY LIFE ASSURANCE COMPANY OF BOSTON <br><br> Defendant. | CASE NO. C-09-02347 SC <br><br> **STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |

It is hereby stipulated by and between plaintiff LEON STROM and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, through their respective attorneys of record, that defendant shall have up to and including July 14, 2009 to file its response to plaintiff's Complaint in this action.

**IT IS SO STIPULATED**.

| | |
|---|---|
| Dated: June 30, 2009 | LAW OFFICES OF P. RANDALL NOAH |
| | By: /s/ P. Randall Noah |
| | P. RANDALL NOAH |
| | Attorneys for Plaintiff, LEON STROM |
| Dated: June 30, 2009 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: /s/ Pamela E. Cogan |
| | PAMELA E. COGAN |
| | STACY M. TUCKER |
| | Attorneys for Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON |



IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RC1/5331521.1/SMT

- 2 -

STIPULATION TO EXTEND TIME
C-09-02347 SC