PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER. (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pcogan@rmkb.com, stucker@rmkb.com
Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

RANDALL P. NOAH (SBN 136452)
LAW OFFICES OF RANDALL P. NOAH
21 Orinda Way, Suite C #316
Orinda, CA 94563
Telephone: (925)-253-5540
Facsimile: (925) 253-5524
Email: pnoah@ix.netcom.com
Attorneys for Plaintiff,
LEON STROM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON STROM, | CASE NO. C-09-02347 SC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE DISMISSSAL OF ACTION WITHOUT PREJUDICE** |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | |
| Defendant. | |

///

///

///

///

///

///

///

It is hereby stipulated by and between plaintiff LEON STROM and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed without prejudice as to Defendant. Each party shall bear its own fees and costs.

**IT IS SO STIPULATED**.

Dated: July 14, 2009

LAW OFFICES OF P. RANDALL NOAH

By: */s/ P. Randall Noah*
P. RANDALL NOAH
Attorneys for Plaintiff, LEON STROM

Dated: July 14, 2009

ROPERS, MAJESKI, KOHN & BENTLEY

By: : /s/ *Pamela E. Cogan*
PAMELA E. COGAN
STACY M. TUCKER
Attorneys for Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

IT IS SO ORDERED.

Dated: July 14, 2009

By: [signature]
Senior Judge Samuel Conti
United States District Court, Northern District of California

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City