PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER. (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:     (650) 364-8200
Facsimile:      (650) 780-1701
Email: pcogan@rmkb.com, stucker@rmkb.com
Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

RANDALL P. NOAH (SBN 136452)
LAW OFFICES OF RANDALL P. NOAH
21 Orinda Way, Suite C #316
Orinda, CA  94563
Telephone:     (925)-253-5540
Facsimile:      (925) 253-5524
Email: pnoah@ix.netcom.com
Attorneys for Plaintiff,
LEON STROM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LEON STROM, | CASE NO. C-09-02347 SC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE DISMISSSAL OF ACTION WITHOUT PREJUDICE** |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | |
| Defendant. | |

///

///

///

///

///

///

///

RC1/5342139.1/
SMT

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL
C-09-02347 SC

It is hereby stipulated by and between plaintiff LEON STROM and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed without prejudice as to Defendant. Each party shall bear its own fees and costs.

**IT IS SO STIPULATED**.

Dated:  July 14, 2009

LAW OFFICES OF P. RANDALL NOAH

By:     */s/ P. Randall Noah*
    P. RANDALL NOAH
    Attorneys for Plaintiff, LEON STROM

Dated:  July 14, 2009

ROPERS, MAJESKI, KOHN & BENTLEY

By: :     /s/ *Pamela E. Cogan*
    PAMELA E. COGAN
    STACY M. TUCKER
    Attorneys for Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

IT IS SO ORDERED.

Dated:  July 14, 2009

By: _____
    Senior Judge Samuel Conti
    United States District Court, Northern District of California

RC1/5342139.1/SMT

- 2 -

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
C-09-02347 SC