PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER. (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701
Email: pcogan@rmkb.com, stucker@rmkb.com
Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

RANDALL P. NOAH (SBN 136452)
LAW OFFICES OF RANDALL P. NOAH
21 Orinda Way, Suite C #316
Orinda, CA 94563
Telephone:   (925)-253-5540
Facsimile:   (925) 253-5524
Email: pnoah@ix.netcom.com
Attorneys for Plaintiff,
LEON STROM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON STROM,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON<br><br>    Defendant. | CASE NO. C-09-02347 SC<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSSAL OF ACTION WITH PREJUDICE** |

It is hereby stipulated by and between plaintiff LEON STROM and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to Defendant. Each party shall bear its own fees and costs.

**IT IS SO STIPULATED.**

RC1/5513852.1/RL1

STIPULATION AND [PROPOSED] ORDER
RE DISMISSALC-09-02347 SC

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

| | |
|---|---|
| Dated: February 26, 2010 | LAW OFFICES OF P. RANDALL NOAH |
| | By: *P. Randall Noah* |
| | P. RANDALL NOAH |
| | Attorneys for Plaintiff, LEON STROM |
| Dated: February 26, 2010 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: *Pamela E. Cogan* |
| | PAMELA E. COGAN |
| | STACY M. TUCKER |
| | Attorneys for Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON |

IT IS SO ORDERED.

Dated: 3/2 , 2010

By:_____
Senior Judge
United States District Court, Northern District of California

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*