```
1   PAMELA E. COGAN (SBN 105089)
    STACY M. TUCKER. (SBN 218942)
2   ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street, Suite 300
3   Redwood City, CA 94063-2052
    Telephone:    (650) 364-8200
4   Facsimile:    (650) 780-1701
    Email: pcogan@rmkb.com, stucker@rmkb.com
5   Attorneys for Defendant,
    LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
6
    RANDALL P. NOAH (SBN 136452)
7   LAW OFFICES OF RANDALL P. NOAH
    21 Orinda Way, Suite C #316
8   Orinda, CA 94563
    Telephone:    (925)-253-5540
9   Facsimile:    (925) 253-5524
    Email: pnoah@ix.netcom.com
10  Attorneys for Plaintiff,
    LEON STROM
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LEON STROM, | CASE NO. C-09-02347 SC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE DISMISSSAL OF ACTION WITH PREJUDICE** |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | |
| Defendant. | |

It is hereby stipulated by and between plaintiff LEON STROM and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to Defendant. Each party shall bear its own fees and costs.

**IT IS SO STIPULATED.**

RC1/5513852.1/RL1

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL C-09-02347 SC

| | |
|---|---|
| Dated: February 26, 2010 | LAW OFFICES OF P. RANDALL NOAH |
| | By: *P. Randall Noah* |
| | P. RANDALL NOAH |
| | Attorneys for Plaintiff, LEON STROM |
| Dated: February 26, 2010 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: :*Pamela E.Cogan* |
| | PAMELA E. COGAN |
| | STACY M. TUCKER |
| | Attorneys for Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON |

IT IS SO ORDERED.

Dated: 3/2 , 2010

By: _____
Senior Judge
United States District Court
Northern District of California

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]*